UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA ROY, | CIVIL ACTION NO. |
| Plaintiff | 3:05 CV 13161 (WWE) |
| V. | |
| HARTFORD HOSPITAL, and HARTFORD HEALTH CARE CORPORATION, | |
| Defendants | February 6, 2007 |

## JOINT STIPULATION OF THE PARTIES TO DISMISS ACTION

Plaintiff and Defendants in the above captioned matter hereby move that the Court enter a dismissal of Plaintiff's action with prejudice by stipulation of the parties without costs or fees to either of the parties.

The Plaintiff,
Laura Roy

By: _____
Alexander Scheirer
Alexander Scheirer Law Firm LLC
2519 Whitney Avenue
Hamden, CT 06518
(203) 288-6955
Fed Bar ID: Ct02107

The Defendants,
Hartford Hospital, Hartford
Health Care Corporation

By: _____
Brenda A. Eckert
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5721
Fed Bar ID: 00021

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Joint Stipulation of the Parties to Dismiss Action was sent on this 6th day of February, 2007, via U.S. Mail and Facsimile (1-860-251-5214) to:

Brenda A. Eckert, Esq.  — Counsel of record for the defendants
Benjamin M. Wattenmaker, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103

By: _____
Alexander Scheirer
Counsel for the Plaintiff
Fed Bar ID: ct02107